IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Case No: 4:24-cv-00259-WMR

| | |
|---|---|
| DARYL LEE CLARK,<br>    Plaintiff,<br><br>vs.<br><br>FLOYD COUNTY, GEORGIA; CALEB H. RATLIFF, as the Administrator of the Estate of Dallas Battle, in his Individual Capacity; DAVID STEWART, in his Individual Capacity; MARK WALLACE, in his Individual Capacity; and CRAIG BURNES, in his Individual and Official Capacities,<br><br>    Defendants. | **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Daryl Lee Clark (hereafter "Lee" or "Plaintiff"), by and through undersigned counsel, per L.R. 3.3, F.R.C.P. 7.1, and all other applicable law, sets forth his Certificate of Interested Persons and Corporate Disclosure statement as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**None.**

1

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**None.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

| | | |
|---|---|---|
| **Henry ("Dee") C. Debardeleben, IV**<br>Weinberg Wheeler Hudgins Gunn & Dial<br>3344 Peachtree Road NE, Suite 2400<br>Atlanta, GA 30326 | **David S. Rudolf**<br>**Sonya Pfeiffer**<br>**Phillip E. Lewis**<br>Pfeiffer Rudolf<br>Attorneys at Law<br>2137 South Boulevard, Suite 300<br>Charlotte, NC 28203 | **G. Christopher Olson**<br>Olson Law, PLLC<br>514 Daniels Street, #136<br>Raleigh, NC 27605 |

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Not applicable.**

This the 1st day of November 2024.

<div style="display: flex;">

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
**By:** */s/ Henry C. Debardeleben IV*
Henry C. Debardeleben IV
GA Bar No. 111320
3344 Peachtree Road N.E., Suite 2400
Atlanta, GA 30326
Telephone: 404-876-2700
Fax: 404-875-9433
ddebardeleben@wwhgd.com
*Local Counsel for Plaintiff*

**OLSON LAW, PLLC**
By: */s/ G. Christopher Olson*
G. Christopher Olson (NC Bar No. 21223)
514 Daniels Street, #136
Raleigh, NC 27605
Telephone: (919) 624-3718
Facsimile: (919) 328-5355
chris@olsonlaw-pllc.com
*Attorney for Plaintiff Lee Clark*
(Pending *Pro Hac Vice* Admittance)

**PFEIFFER RUDOLF**
By: */s/ David S. Rudolf*
David S. Rudolf (NC Bar No. 8587)
Sonya Pfeiffer (NC Bar No. 37300)
Phillip E. Lewis (NC Bar No. 27944)
2137 South Boulevard, Suite 300
Charlotte, North Carolina 28203
Telephone: (704) 333-9945
Facsimile: (704) 335-0224
dsr@pr-lawfirm.com
spf@pr-lawfirm.com
pel@pr-lawfirm.com
*Attorneys for Plaintiff Lee Clark*
(Pending *Pro Hac Vice* Admittance)