IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DARYL LEE CLARK, | ) |
|     Plaintiff, | ) |
| vs. | )   CASE NO: 4:24-cv-00259-WMR |
| MARK WALLACE, in his Individual Capacity, et al. | ) |
|     Defendants. | ) |

**DEFENDANT MARK WALLACE'S NOTICE OF WITHDRAWAL OF HIS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**

Defendant Mark Wallace hereby withdraws his Motion to Dismiss For Failure to State a Claim Upon Which Relief May Be Granted [Doc. 44], in light of the new allegations made in Plaintiff's First Amended Complaint [Doc. 81]. Defendant Wallace does not hereby waive any defense raised in his motion or answer, and continues to deny any and all liability to Plaintiff.

Respectfully submitted, this the 5th day of June, 2025.

                                    **STITES & HARBISON, PLLC**

                                    */s/ Derrick L. Bingham*
                                    Derrick L. Bingham
                                    Georgia Bar No. 141217
                                    Julie C. Cahill
                                    Georgia Bar No. 380547
                                    *Counsel for Defendant Mark Wallace*

303 Peachtree Street, N.E.,
Suite 2800
Atlanta, Georgia 30308
Office: 404-739-8800
DBingham@stites.com
JCahill@stites.com

## CERTIFICATE OF SERVICE - UPDATE

I hereby certify that I have this day served the foregoing ***DEFENDANT MARK WALLACE'S NOTICE OF WITHDRAWAL OF HIS MOTION TO DISMISS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED*** on all counsel of record via the Court's electronic filing system.

This 5th day of June, 2025.

                                            **STITES & HARBISON, PLLC**

                                            */s/ Derrick L. Bingham*
                                            Derrick L. Bingham
                                            Georgia Bar No. 141217
                                            Julie C. Cahill
                                            Georgia Bar No. 380547
                                            *Counsel for Defendant Mark Wallace*

303 Peachtree Street, N.E.,
Suite 2800
Atlanta, Georgia 30308
Office:       404-739-8800
DBingham@stites.com
JCahill@stites.com